**Motion Granted in Part; Judgment Dated April 30, 2013, Withdrawn; Appeal Dismissed and Memorandum Opinion filed November 25, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00015-CV

---

## MANZOOR MEMON, Appellant

## V.

## HAROON SHAIKH, Appellee

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2010-28636**

---

## M E M O R A N D U M   O P I N I O N

The parties have filed a Joint Motion to Dismiss Appeal representing that they have settled the claims at issue. The parties request that we grant their motion, vacate our judgment dated April 30, 2013, withdraw our opinion dated April 30,

2013, and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).[1] We grant the parties' motion in part. We withdraw our judgment dated April 30, 2013, and dismiss the appeal. However, we deny their request to withdraw our April 30, 2013, opinion. *See* Tex. R. App. P. 42.1(c).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.

---

[1] The parties do not condition their motion on withdrawal of the opinion and do not seek any change in the trial court's judgment or that the case be remanded to the trial court.